UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:05-CR-336-RCJ-GWF |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| DENISE LEE, ) | |
| Defendant. ) | |

Based upon the pending application of the Government, and good cause appearing,

**IT IS THEREFORE ORDERED** that the attorney-client privilege in 2:05-CR-336-RCJ-GWF shall be deemed waived, and that defense counsel Monique Kirtley shall forthwith provide the Government with affidavits containing all materials and information relating to matters put at issue in the defendant's Section 2255 petition (DC Doc. No. 183).

DATED this 2nd day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE

5