# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DENISE LOKELANI LEE,<br><br>　　　　　Defendant. | 2:05-cr-00336-RCJ-GWF<br><br>**ORDER** |

Defendant asks the Court to amend the Mar. 4, 2009 Presentence Investigation Report to add substance abuse information. She disclaims any challenge to her judgment of conviction or sentence. Rule 35 therefore does not apply. Rule 36 does not apply, either, because Defendant claims no clerical error but only her own previous failure to disclose the information to the U.S. Probation Office. The Court therefore has no basis under the rules to grant the motion. *See United States v. Hall*, No. 1:04-CR-00024(9), 2008 WL 924529, at *2 (S.D. Ohio Apr. 2, 2008).

///

///

///

///

1 of 2

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Amend the Presentence Investigation Report (ECF No. 204) is DENIED.

IT IS SO ORDERED.

Dated this 25th day of June, 2015.

_____
ROBERT C. JONES
United States District Judge